RECEIVED

NOV 13 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

Daniel Simms

Plaintiff(s),

v.

Loaves and Fishes for St. Louis, Inc.

Defendant(s). (Enter above the full name(s) of all defendants in this lawsuit. Please attach additional sheets if necessary.)

Case No. ____________
(to be assigned by Clerk of District Court)

JURY TRIAL DEMANDED

YES ✓ NO___

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

✓ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq*., for employment discrimination on the basis of race, color, religion, gender, or national origin.
**NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq*., for employment discrimination on the basis of age (age 40 or older).
**NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

____ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq*., for employment discrimination on the basis of disability.
**NOTE**: *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.
**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

____ Other (Describe)

## PARTIES

2. Plaintiff's name: Daniel Simms

Plaintiff's address: 233 Chapel Ridge Dr, Apt F
Street address or P.O. Box

Hazelwood, St. Louis County, MO 63042
City/ County/ State/Zip Code

314-580-5271
Area code and telephone number

3. Defendant's name: Loaves and Fishes for St. Louis, Inc.

Defendant's address: 2750 McKelvey Rd.
Street address or P.O. Box

Maryland Heights, St. Louis County, MO 63043
City/County/State/ Zip Code

____________________
Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

4. If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

2055 Concourse Drive, St. Louis, MO 63146

(Street Address) (City/County) (State) (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

October 2024 to October 22, 2025; adverse actions October 20-22, 2025

## ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

✓ Yes Date filed: January 7, 2026

_____ No

7. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

✓ Yes Date filed: January 7, 2026

_____ No

8. Have you received a Notice of Right-to-Sue Letter?

✓ Yes _____ No

If yes, please attach a copy of the letter to this complaint.

9. If you are claiming age discrimination, check one of the following:

_____ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

## NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

____ failure to hire me

✓ termination of my employment

____ failure to promote me

____ failure to accommodate my disability

✓ terms and conditions of my employment differ from those of similar employees

✓ retaliation

✓ harassment

✓ other conduct (specify):

Hostile work environment; suspension (administrative leave) on October 20, 2025

Did you complain about this same conduct in your charge of discrimination?

✓ Yes ____ No

11. I believe that I was discriminated against because of my (check all that apply):

✓ race

____ religion

____ national origin

____ color

✓ gender

____ disability

____ age (birth year is: ____________)

____ other:

Did you state the same reason(s) in your charge of discrimination?

✓ Yes ____ No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

1. I was hired by Loaves and Fishes for St. Louis, Inc. in October 2024 as Director of Development. I was terminated on October 22, 2025. I had no prior discipline, written warning, performance improvement plan, or corrective action at any point before I was suspended.
2. I was the only Black male in the organization's leadership.
3. On October 13, 2025, I sent the CEO, Jacki MacIntosh, website analytics for the new organizational website I had built and launched (about 1,400 visits in its first month). She responded positively.
4. On October 14 and 15, 2025, I discovered and reported serious fundraising reporting problems: a Kindful/Bloomerang database failure, $52,764.59 in donor payments that were never recorded, and over $200,000 in QuikTrip community outreach grant ACH transfers missing from reporting. I worked with both vendors' support teams to repair the database. The CEO acknowledged the fix positively in text messages. (continued on page 6)

(Continue to page 6, if additional space is needed.)

(continued from page 5)
5. On October 20, 2025, CEO Jacki MacIntosh and Angie Hatchett placed me on administrative leave in person. My computer and keys were taken. I was told: "We're trying to fire you."
6. On October 22, 2025, I was terminated in a Zoom meeting, after being told the investigation had found no wrongdoing.
7. On October 28, 2025, I emailed requesting written confirmation of my separation date, final pay, and the reason for my termination. The reason was never answered in writing. The detailed reasons first appeared in the respondent's January 27, 2026 position statement to the EEOC.
8. My results immediately before termination were strong: the Hairy Scary fundraiser raised $25,291.80 and exceeded its goal; the Bridge the Gap Emergency Appeal 2025 exceeded its $75,000 goal; a grant I wrote was awarded $35,000 (the organization was informed; the formal award letter is not in my possession); the Big League Impact / St. Louis Cardinals "Bats & Barrels" collaboration raised $29,130, confirmed by a third-party recap; and I completed and launched the new website.
9. The respondent's stated reasons for firing me (missing six grant deadlines, failing to set up the website, failing to obtain new grants, refusing to meet potential African American donors) are contradicted by contemporaneous texts, screenshots, and public materials in my EEOC exhibits.
10. Comparators: the employee associated with the edible-mushroom incident at the Hairy Scary event, Logan Valenzuela, who was not my subordinate, remains employed. A white employee with documented issues, Emily Koenigstein, was praised and protected.
11. I allege the CEO used racially offensive language in my presence, including a South African slur equivalent and a phonetic numerical reference. These incidents were verbal and were not recorded.
12. I filed EEOC Charge No. 28E-2026-00277 and received my Notice of Right to Sue on August 19, 2026. I also completed an intake with the Missouri Commission on Human Rights.

(Attach additional sheets as necessary).

13. The acts set forth in paragraph 12 of this complaint:

_____ are still being committed by the defendant.

__✓__ are no longer being committed by the defendant.

_____ may still be being committed by the defendant.

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

I ask the Court to order the defendant to: pay back pay with interest from October 22, 2025; pay front pay in lieu of reinstatement, [redacted] pay compensatory damages for emotional distress and harm to my reputation; pay punitive damages; pay pre- and post-judgment interest; pay my costs and a reasonable attorney's fee if counsel is appointed or retained; and grant any other relief the Court deems just. I do not state a total dollar amount at this time; amounts will be proven at trial.

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13 day of November, 2026.

Signature of Plaintiff ______________________